UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OSVALDO SANCHO MARTINEZ,

        Petitioner,

    v.

WARDEN, FLORIDA SOFT SIDE
SOUTH DETENTION CENTER,
US ATTORNEY GENERAL,

        Respondents,

Case No. 2:26-cv-2049-KCD-KRH

/

## **ORDER**

Petitioner Osvaldo Sancho Martinez has filed a habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.) As best the Court can tell, he claims that his continued detention violates the Fifth Amendment as interpreted by *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*Id.* at 7-8.) The Government responded in opposition. (Doc. 14.)

This is Martinez's third petition. The prior cases were dismissed because they were filed within the presumptively reasonable six-month period set forth in *Zadvydas*. *See* Case No. 2:26-cv-1453-KCD-NPM. Because Martinez's detention is still within the six-month window, and the petition here raises the same arguments as before, the same result applies.

Accordingly, the habeas petition (Doc. 1) is **DENIED**. However, this denial is without prejudice to Martinez refiling a new petition should his

current detention *exceed the six-month mark*, and he can demonstrate there is no significant likelihood of removal in the reasonably foreseeable future. The Clerk is **DIRECTED** to terminate any pending motions and close the case.

ORDERED in Fort Myers, Florida on July 9, 2026

Kyle C. Dudek
United States District Judge